**Robert G. LEWIS, Petitioner-Appellant,**

v.

**UNITED STATES of America, Respondent-Appellee.**

United States Court of Appeals, Fifth Circuit.

Aug. 24, 1971.

Rehearing Denied Sept. 22, 1971.

Robert G. Lewis, pro se.

Anthony J. P. Farris, U. S. Atty., Houston, Tex., for respondent-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

The application for leave to appeal *in forma pauperis* is granted. The final order of the District Court denying petitioner's § 2255 application is affirmed. Smedberg v. United States, 5 Cir. 1971, 448 F.2d 401.

Affirmed.

**UNITED STATES of America, Plaintiff and Appellee,**

v.

**Terry Ernest LEE, Appellant.**

No. 26102.

United States Court of Appeals, Ninth Circuit.

Nov. 12, 1971.

Michael Pancer, of Greene & Pancer, Santa Monica, Cal., for appellant.

Robert L. Meyer, U. S. Atty., Los Angeles, Cal., for plaintiff-appellee.

Before CHAMBERS, BARNES and TRASK, Circuit Judges.

PER CURIAM:

The judgment of conviction is affirmed.

We find there was no error in refusing Lee's request to clear the audience from the courtroom while he testified, no error in refusing a continuance and no error in denying the motion for new trial.

The mandate will issue now.